MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANA MARIA WASHINGTON, | CASE NO.: 2:25-cv-0471-JDP |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment to June 2, 2025.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in early April and requires an additional 30 days to prepare the motion for summary judgment in this case.

On April 4, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

1  Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an
2  extension of time.

DATE:  April 6, 2025				Respectfully submitted,


			By:	*/s/ Margaret Lehrkind*
				Margaret Lehrkind
				SBCA # 314717
				2625 Alcatraz Ave, # 208
				Berkeley, CA 94705
				Tel: 510-590-1907
				Margaret@LehrkindLawOffice.com


			By:	*/s/ Justin Lane Martin*
				Office of the General Counsel, SSA
				Office of Program Litigation, Office 7
				Social Security Administration
				6401 Security Boulevard
				Baltimore, MD 21235
				510-970-4808
				Email: justin.l.martin@ssa.gov


	IT IS SO ORDERED.

	Dated:   April 7, 2025			_____
						JEREMY D. PETERSON

						UNITED STATES MAGISTRATE JUDGE


STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2