MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:25-cv-0471-JDP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 2, 2025 to August 1, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases over the next week and was unexpectedly out of the office on June 26-27, 2025 due to illness. Given competing workload requirements and upcoming scheduled leave an extension until August 1, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

                                          Respectfully submitted,

                                          MICHELE BECKWITH
                                          Acting United States Attorney

DATE: July 1, 2025            By:    *s/ Oscar Gonzalez de Llano*
                                          OSCAR GONZALEZ DE LLANO
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

                                          Respectfully submitted,

DATE: July 1, 2025            By:    *s/ Margaret Lehrkind*
                                          Margaret Lehrkind
                                          Lehrkind Law Office, P.C.
                                          (*as authorized by email)
                                          Attorney for Plaintiff

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 1, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: July 2, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE