MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANA MARIA WASHINGTON, | CASE NO.: 2:25-CV-0471-JDP |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

    The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her reply to Defendant's cross motion for summary judgment to August 18, 2025.

    There is good cause for this request. Margaret Lehrkind, Plaintiff's counsel responsible for drafting the reply brief in this case, made a docketing error regarding her deadline for filing the reply brief. Plaintiff's counsel mistakenly docketed the deadline as August 18, 2025. The deadline was August 15, 2025. Plaintiff's counsel apologizes to the court for this error and has reviewed her other docketing deadlines to ensure that this mistake does not occur again.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO
DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT - 1

On August 18, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE:  August 18, 2025                    Respectfully submitted,

                By:    */s/ Margaret Lehrkind*
                         Margaret Lehrkind
                         SBCA # 314717
                         2625 Alcatraz Ave, # 208
                         Berkeley, CA 94705
                         Tel: 510-590-1907
                         Margaret@LehrkindLawOffice.com

                By:    */s/ Oscar Gonzalez de Llano*
                         Office of the General Counsel, SSA
                         Social Security Administration
                         6401 Security Boulevard
                         Baltimore, MD 21235
                         510-970-4808
                         Email: Oscar.Gonzalez@ssa.gov

IT IS SO ORDERED.

Dated:   August 19, 2025                    _____
                                                     JEREMY D. PETERSON

                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT - 2